DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

19 AUGUST 2014

| | | | |
|---|---|---|---|
| 158P14 | State v. Donnel Tracy Cousin | Def's PDR Under N.C.G.S. § 7A-31 (COA13-543) | Denied |
| 159P14 | Timothy Blakeley v. The Town of Taylortown, North Carolina, a municipal corporation | Def's PDR Under N.C.G.S. § 7A-31 (COA13-853) | Denied |
| 160P14 | State v. Javier Herrera Moran | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1046) | Denied |
| 163P14 | Duke Energy Carolinas, LLC v. Bruton Cable Services, Inc. Defendant/Third-Party Plaintiff v. Robert Wayne Taylor and wife, Lois K. Taylor; Davis-Martin-Powell and Associates, Inc.; and Jon Eric Davis, Third-Party Defendants | 1. Third Party Defs' (Davis-Martin-Powell and Associates, Inc. and Jon Eric Davis) PDR Under N.C.G.S. § 7A-31 (COA13-686)<br><br>2. Def/Third-Party Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot |
| 164P14 | State v. Cleveland Lewis Williams | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP13-717) | Dismissed |
| 165P14 | Elizabeth S. McGill Davis v. Gary Edward Davis, Wanda Sue Bennett, Donna Thomas, Brian Graf, Jr., and Chris Graf | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA13-1168)<br><br>2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot |
| 166P14 | State v. Donald Vernon Edwards | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Orange County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |